IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–24–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PHILLIP DEVON JOHNSON, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on May 7, 2018. Neither party objected and

therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Phillip Devon Johnson's

guilty plea after Johnson appeared before him pursuant to Federal Rule of

Criminal Procedure 11, and entered a plea of guilty to one count of possession

with the intent to distribute methamphetamine in violation of 21 U.S.C. §

841(a)(1) as set forth in Count II of the Indictment.  In exchange for Defendant's

plea, the United States has agreed to dismiss Count I and the Forfeiture Allegation

in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc.

21), and I adopt them in full, including the recommendation to defer acceptance of

the Plea Agreement until sentencing when the Court will have reviewed the Plea

Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Phillip Devon Johnson's motion to

change plea (Doc. 13) is GRANTED and Phillip Devon Johnson is adjudged

guilty as charged in Count II of the Indictment.

DATED this 22nd day of May, 2018.

Dana L. Christensen, Chief District Judge
United States District Court