UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
JUL 20 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP DEVON JOHNSON,<br><br>Defendant. | CR 17-24-M-DLC<br><br>ORDER TO DEPOSIT FUNDS |

Defendant Phillip Devon Johnson was arrested in the Eastern District of Washington on February 2, 2018 and was ordered to post a twenty-five hundred dollar ($2,500) appearance bond.

IT IS ORDERED that the clerk of court shall accept a check in the sum of twenty-five hundred dollars ($2,500) from the Eastern District of Washington to be held until further order of the Court.

DATED this 20th day of July, 2018.

Dana L. Christensen, Chief District Judge
United States District Court