IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–24–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| PHILLIP DEVON JOHNSON, | |
| Defendant. | |

On February 6, 2018, United States Magistrate Judge John T. Rodgers of the Eastern District of Washington ordered the payment of an appearance bond in the amount of $2,500 prior to Defendant's pre-trial release. (Doc. 6 at 25–26.) On February 7, 2018, one Anaette Garcia appears to have posted the $2,500 appearance bond on behalf of Defendant. (*Id.* at 28.) According to the terms of the appearance bond, the security is to be released when Defendant has been found not guilty of all charges or has reported to serve his sentence. (*Id.*) Pursuant to a plea agreement entered between the Parties, Defendant pled guilty to Count 2 of the Indictment with Count 1 to be dismissed with prejudice. On August 22, 2018, this Court sentenced Defendant to 48 months' custody on Count 2. (Doc. 29 at 2.) Defendant was permitted to self-report and this Court has been alerted that Defendant has reported and begun his term of imprisonment. Accordingly,

-1-

IT IS ORDERED that the security for the $2,500 appearance bond be released to the individual who posted it.

DATED this 12th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court